UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.                                      Case No. 25-30611
                                        Originating No. 1:25-CR-43-2

**FILMEL WILLIAMS**
      aka "P"
      aka "PI",

        Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **FILMEL WILLIAMS,** to answer to charges pending in another federal district, and states:

    1.   On **September 24, 2025,** defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Northern District of West Virginia based on an Indictment.  Defendant is charged in that district with violation of  21 U.S.C. §§846 and 841(b)(1)(C)- Conspiracy to Possess with Intent to Distribute Fentanyl, 21 U.S.C. §§841(a)(1) and 841(b)(1)(C)- Distribution of Fentanyl.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney


s/Timothy McDonald
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Timothy.McDonald@usdoj.gov
(313) 226-0221

Dated: September 24, 2025